**Order entered June 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00275-CV

## IN RE NORMAN JOSEPH LANDRY, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00932-2022**

## ORDER

Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ CRAIG SMITH
JUSTICE